Joseph Scavelli III / 341075
Name and Prisoner/Booking Number

AZ DOC Cocopah Unit - Yuma
Place of Confinement

P.O. Box 8909
Mailing Address

San Luis, AZ. 85349
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

FILED ___ LODGED
___ RECEIVED ___ COPY

JAN 21 2021

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING
TO FEDERAL AND/OR LOCAL RULES AND PRACTICES
AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE _____ (Rule Number/Section)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Joseph Scavelli III
(Full Name of Plaintiff)

Plaintiff,

v.

(1) Justin Mercer (Phx. P.D.)
(Full Name of Defendant)
(2) Katheryne Gonzalez  "
(3) Officer Malone  "
(4) Sgt. Hammond  "
Defendant(s).

☑ Check if there are additional Defendants and attach page 1 A listing them.

CASE NO. **CV21-00119-PHX-DLR--DMF**
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☐ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☑ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
   ☐ Other: _____

2. Institution/city where violation occurred: Phoenix, Arizona

Revised 3/11/16                                                1                                      550/555

1-A    Additional Defendants
(5) Cody T. Norton (Phx. P.D.)

## B. DEFENDANTS

1. Name of first Defendant: __Justin Mercer__. The first Defendant is employed as: __Police officer__ at __Phoenix Police Department__.
   (Position and Title)                          (Institution)

2. Name of second Defendant: __Katheryne Gonzalez__ The second Defendant is employed as: __Police officer__ at __Phoenix Police Department__.
   (Position and Title)                          (Institution)

3. Name of third Defendant: __Officer Malone__. The third Defendant is employed as: __Police officer__ at __Phoenix Police Department__.
   (Position and Title)                          (Institution)

4. Name of fourth Defendant: __Sgt. Hammond__. The fourth Defendant is employed as: __Sgt. (Sergeant/Police Officer)__ at __Phoenix Police Department__.
   (Position and Title)                          (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?    ☐ Yes   ☑ No

2. If yes, how many lawsuits have you filed? _____ Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

2-B   Defendants

5. Name of fifth Defendant: Cody T. Norton. The fifth defendant is employed as: Police officer at Phoenix Police Department.

## D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: <u>Wanton Endangerment</u>

2. Count I. Identify the issue involved. Check only one. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☑ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   I was detained, in handcuffs that had my hands cuffed behind my back and was sitting down on a sidewalk, curb, or edge/side of sidewalk on 27th Ave. in Phoenix Arizona right in front of an apartment complex not far from where 27th Ave meets Glendale Ave. I believe his name is Justin Mercer who then lunged into me while I was in sitting position cuffed and detained, tackling me to the ground. He proceeded to bang and smash my head forcebally into the sand and ground causing me to become knocked out unconscious. He hit the side of my head, (temple), into the ground more than 5-6 times, I believe. before this happened, a female officer arrived right after Mercer tackled me down. She saw this and immediately ran out of her squad car and kicked a barrage of sand and debris in my face and eyes. She had blond hair. I believe she is officer Gonzalez. Before I was knocked out I continued to yell, "Police Brutality"! "Help"! And "Please Stop"

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   I was beaten, almost killed, fearful for my life, humiliated, and did not collect lottery winnings due to being falsely accused, detained, arrested, charged, punished and imprisoned. I also was never charged with what I was detained for.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☑ Yes   ☐ No
   b. Did you submit a request for administrative relief on Count I?   ☐ Yes   ☑ No
   c. Did you appeal your request for relief on Count I to the highest level?   ☐ Yes   ☑ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. <u>Incident happened before incarceration</u>

3

## COUNT II

1. State the constitutional or other federal civil right that was violated: __Attempted Murder__

2. **Count II.** Identify the issue involved. Check only one. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☑ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   I have had previous head trauma as well as seizures and have been comatosed before and could have died when officer Mercer slammed my left temple and head into the ground.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   I could have died and I was scared for my life as I was knocked unconscious shortly thereafter.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☑ Yes ☐ No
   b. Did you submit a request for administrative relief on Count II? ☐ Yes ☑ No
   c. Did you appeal your request for relief on Count II to the highest level? ☐ Yes ☑ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. Not yet incarcerated

4

## COUNT III

1. State the constitutional or other federal civil right that was violated: <u>Life, Liberty and Pursuit of Happiness (The American Dream)</u>.

2. **Count III.** Identify the issue involved. Check only one. State additional issues in separate counts.
   - ☑ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   Not only were my rights, civilly, being violated here and my freedom taken away; but, I was awaiting a check from Power Ball lottery for $1,000 and could not collect as the deadline was almost passed to cash said check and I was actually on the Power Ball hotline that morning on a woman's phone at the bus stop on Glendale Ave in front of Imperial Dance hall across from 7-11 on the side, and across the street from Walgreen's drug store. I was waiting to talk to the 8 a.m. live operator as it was too early and all I could get was the automated system.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   I could have bettered myself with the money. I am disabled, SMI and have chronic homelessness. I could have afforded a motel/hotel, showered, groomed myself, ate well and treated myself out, etc.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☑ Yes  ☐ No
   b. Did you submit a request for administrative relief on Count III? ☐ Yes  ☑ No
   c. Did you appeal your request for relief on Count III to the highest level? ☐ Yes  ☑ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. <u>Not yet incarcerated</u>

If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.

## E. REQUEST FOR RELIEF

State the relief you are seeking:

Release from prison. The officers fired and never able to work as officers again. I would like them punished for the crimes that they committed as well as charged with an additional felony for not providing subpoenaed body camera footage in my criminal case stating, "it doesn't exist." I would like a reason for their actions and an apology in writing. I want compensation for my Power Ball win and another Power Ball ticket

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___1-15-21  Friday___             _____[signature]_____
                    DATE                          SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

## Instructions for Prisoners Applying for Leave to Proceed In Forma Pauperis
## Pursuant to 28 U.S.C. § 1915 in a Civil Action (Non-habeas) in Federal Court

You must pay the $350.00 filing fee plus the $50.00 administrative fees for a civil action. If you later file an appeal, you will be obligated to pay the $505.00 filing fee for the appeal.

If you have enough money to pay the full $400.00 filing and administrative fees, you should send a cashier's check or money order payable to the Clerk of the Court with your complaint.

If you do not have enough money to pay the full $400.00 filing and administrative fees, you can file the action without prepaying the fees. However, the Court will assess an initial partial filing fee. The initial partial filing fee will be the greater of 20% of the average monthly deposits or 20% of the average monthly balance in your prison or jail account for the six months immediately preceding the filing of the lawsuit. The Court will order the agency that has custody of you to withdraw the initial partial filing fee from your prison or jail account as soon as funds are available and to forward the money to the Court.

After the initial partial filing fee has been paid, you will owe the balance of the $350.00 filing fee (you will not be required to pay the $50.00 administrative fee). Until the filing fee is paid in full, each month you will owe 20% of your preceding month's income. The agency that holds you in custody will collect that money and forward it to the Court any time the amount in your account exceeds $10.00. These installment fees are calculated on a per-case basis. This means that you will be required to pay 20% of your preceding month's income for each civil non-habeas corpus case in which you have an outstanding filing fee balance. For example, if you are making payments toward filing fee balances in two civil non-habeas corpus cases, 40% of your preceding month's income will be collected each month. The balance of the filing fee may be collected even if the action is later dismissed, summary judgment is granted against you, or you fail to prevail at trial.

To file an action without prepaying the filing fee, and to proceed with an action in forma pauperis, you must complete the attached form and return it to the Court with your complaint. You must have a prison or jail official complete the certificate on the bottom of the form and attach a certified copy of your prison or jail account statement for the last six months. If you were incarcerated in a different institution during any part of the past six months, you must attach a certificate and a certified copy of your account statement from each institution at which you were confined. If you submit an incomplete form or do not submit a prison or jail account statement with the form, your request to proceed in forma pauperis will be denied.

Even if some or all of the filing fee has been paid, the Court is required to dismiss your action if: (1) your allegation of poverty is untrue; (2) the action is frivolous or malicious; (3) your complaint does not state a claim upon which relief can be granted; or (4) your complaint makes a claim against a defendant for money damages and that defendant is immune from liability for money damages.

If you file more than three actions or appeals which are dismissed as frivolous or malicious or for failure to state a claim on which relief can be granted, you will be prohibited from filing any other action in forma pauperis unless you are in imminent danger of serious physical injury.

_____
Name and Prisoner/Booking Number

_____
Place of Confinement

_____
Mailing Address

_____
City, State, Zip Code

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

_____,
                Plaintiff,

v.

_____,
                Defendant(s).

CASE NO. _____

APPLICATION TO PROCEED
IN FORMA PAUPERIS
BY A PRISONER
CIVIL (NON-HABEAS)

I, _____, declare, in support of my request to proceed in the above entitled case without prepayment of fees under 28 U.S.C. § 1915, that I am unable to pay the fees for these proceedings or to give security therefor and that I believe I am entitled to relief.

In support of this application, I answer the following questions under penalty of perjury:

1. Have you ever before brought an action or appeal in a federal court while you were incarcerated or detained?   ☐Yes   ☐No   If "Yes," how many have you filed? _____.
   Were any of the actions or appeals dismissed because they were frivolous, malicious, or failed to state a claim upon which relief may be granted?   ☐Yes   ☐No   If "Yes," how many of them? _____.

2. Are you currently employed at the institution where you are confined?   ☐Yes   ☐No
   If "Yes," state the amount of your pay and where you work. _____
   _____

3. Do you receive any other payments from the institution where you are confined?   ☐Yes   ☐No
   If "Yes," state the source and amount of the payments. _____
   _____

4. Do you have any other sources of income, savings, or assets either inside or outside of the institution where you are confined?   ☐Yes   ☐No
If "Yes," state the sources and amounts of the income, savings, or assets. _____

_____

I declare under penalty of perjury that the above information is true and correct.

_____        _____
DATE                                                               SIGNATURE OF APPLICANT

## ACKNOWLEDGEMENT OF COLLECTION OF FILING FEES FROM TRUST ACCOUNT

I, _____, acknowledge that upon granting this Application, the Court will order designated correctional officials at this institution, or any other correctional institution to which I am transferred, to withdraw money from my trust account for payment of the filing fee, as required by 28 U.S.C. § 1915(b).

The Court will require correctional officials to withdraw an initial partial payment equal to 20% of the greater of:
   (A) the average monthly deposits to my account for the six-month period preceding my filing of this action, or
   (B) the average monthly balance in my account for the six-month period preceding my filing of this action.

After the initial payment, if the amount in my account is at least $10.00, the Court will require correctional officials to withdraw from my account 20% of each month's income and forward it to the Court until the required filing fee is paid in full. I understand that I am required to pay the entire fee, *even if my case is dismissed by the Court before the fee is fully paid.*

I further understand that if I file more than one action, correctional officials will be ordered to withdraw 20% of each month's income, for each action, simultaneously. Accordingly, if I have filed two actions, correctional officials will withdraw 40% of my income each month; three actions will require 60% of my income each month, etc.

_____        _____
DATE                                                               SIGNATURE OF APPLICANT

## CERTIFICATE OF CORRECTIONAL OFFICIAL
## AS TO STATUS OF APPLICANT'S TRUST ACCOUNT

I, _____, certify that as of the date applicant signed this application:
   (Printed name of official)
The applicant's trust account balance at this institution is:                                    $_____
The applicant's average monthly deposits during the prior six months is:          $_____
The applicant's average monthly balance during the prior six months is:           $_____
The attached certified account statement accurately reflects the status of the applicant's account.

_____   _____   _____   _____
DATE                    AUTHORIZED SIGNATURE          TITLE/ID NUMBER     INSTITUTION

Revised 6/22/16                                   2