# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Joseph Scavelli, III,<br><br>    Plaintiff,<br><br>v.<br><br>Justin Mercer, et al.,<br><br>    Defendants. | NO. CV-21-00119-PHX-DLR (DMF)<br><br>**JUDGMENT OF DISMISSAL IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed February 11, 2021, judgment of dismissal is entered. Plaintiff to take nothing, and the complaint and action are dismissed without prejudice.

                                        Debra D. Lucas
                                        District Court Executive/Clerk of Court

April 5, 2021

                                        s/ D. Draper
                           By  Deputy Clerk